**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 03-1086**

_____

SKIPPY INCORPORATED,

                                        Plaintiff - Appellant,

        versus

LIPTON INVESTMENTS, INCORPORATED,

                                        Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  James C. Cacheris, Senior District Judge.  (CA-02-1227-A)

_____

Submitted:  August 29, 2003        Decided:  September 12, 2003

_____

Before WILKINSON, WIDENER, and WILLIAMS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Mary Helen Sears, M. H. SEARS LAW FIRM, Washington, D.C., for Appellant.  William M. Webner, SUGHRUE MION, P.L.L.C., Washington, D.C., for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Skippy Incorporated appeals the district court's order dismissing its complaint, among other reasons, for failure to state a claim upon which relief can be granted, pursuant to Fed. R. Civ. P. 12(b)(6). We have thoroughly reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Skippy Inc. v. Lipton Investments, Inc., No. CA-02-1227-A (E.D. Va. Dec. 20, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED